

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Three Legged Monkey, L. P., James | | No. 08-12-00182-CV |
| Michael Armstrong and 2700 N. Mesa | § | |
| LLC/Irene Borunda, Robert Borunda, John | | Appeal from the |
| Billingslea and Anna Nazario, | § | |
| | | 327th District Court |
| Appellants, | § | |
| | | of El Paso County, Texas |
| v. | § | |
| | | (TC# 2012-DCV00099) |
| Irene Borunda, Robert Borunda, John | § | |
| Billingslea and Anna Nazario/Three | | |
| Legged Monkey, L. P., James Michael | § | |
| Armstrong and 2700 N. Mesa LLC, | | |
| | § | |
| Appellees. | § | |

# **O R D E R**

The Court GRANTS the motion to lift the bankruptcy stay filed by Appellants, Three

Legged Monkey, L. P., James Michael Armstrong and 2700 N. Mesa LLC.  Therefore, the Court

REINSTATES the above-mentioned cause.

Further, the clerk's record (1 volume) received on June 22, 2012 and the reporter's record

(3 volumes) received on June 20, 2012 have this day been filed.  The Appellants' brief is due 20

days from the date of this order.

IT IS SO ORDERED this 7th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.